# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: April 30, 2020                       Judge: Honorable Charles R. Breyer

Court Reporter: Debra Pas
Time: 15 Minutes
Case No.: CR19-0381-5 CRB
Case Name: USA v. Brayan Martinez (Telephonic Appearance) (Custody)

Attorney(s) for Government: Sailaja Padipaty
Attorney(s) for Defendant(s): Richard Tamor
Interpreter: Spanish – Melinda Basker
Probation Officer: Catheryn Grier

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Telephonic Sentencing hearing held. Counsel and parties waived the presentence report. The Court sentenced the defendant to the Bureau of Prisons to a term of time served. Defendant placed on supervised release for a term of 3 years under the usual terms and conditions and the special conditions. The defendant does not have the ability to pay a fine and the Court orders it waived. The defendant shall pay a special assessment of $100. The defendant is currently in the Santa Rita County Jail. Refer to the Judgment for additional information. Government's Motion to Dismiss Count 1 of the Indictment – Motion Granted.